1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:   (559) 497-4000
   Facsimile:    (559) 497-4099
5
   Attorneys for United States of America

FILED
OCT 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 1:13-SW-00080-BAM |
|---|---|
| Certain Digital Devices Located at 5200 N. Palm Ave., Suite, 207, Fresno, CA 93704 | ORDER UNSEALING SEARCH WARRANT AFFIDAVIT AND SEARCH WARRANT |

The search warrant affidavit and warrant in this case having been sealed on Arpril 10, 2013, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the United States,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: October __, 2013

Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1